# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DWONE PRINCE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | NO. CV 00-J-3492-S |
| ) | |
| JUDGE CARNELLA GREENE NORMAN ) | |
| and THE CITY OF BIRMINGHAM, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OF OPINION

The petitioner, Dwone Prince, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He seeks relief from his incarceration in the Birmingham City Jail.

On April 15, 2002, the court was informed that the petitioner has been released from the City Jail and therefore is no longer in the custody of the respondents. Accordingly, this matter is due to be dismissed as moot.

**DONE**, this _18_ day of April, 2002.

_____
INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE